UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| OLD NATIONAL BANK, N.A., ) | |
|     Plaintiff ) | CASE NO. 3:21-cv-104 |
| v. ) | |
| ) | Removed from the Vanderburgh Circuit Court |
| ROBERT W. WENDLER ) | In Vanderburgh County, Indiana |
|     Defendant ) | Cause No. 82C01-2106-PL-003232 |

## NOTICE OF REMOVAL

Defendant, Robert W. Wendler ("Wendler"), by his attorneys, files this notice removing an action pending against him in the Vanderburgh Circuit Court in Vanderburgh County, Indiana (Cause No. 82C01-2106-PL-003232) to the United States District Court for the Southern District of Indiana, pursuant to 28 U.S.C § 1441 *et seq.*, and respectfully presents to this Court the following grounds for removal:

## I.
## INTRODUCTION

1. On June 30, 2021, Plaintiff Old National Bank, N.A., filed its Verified Complaint against Robert Wendler in the State of Indiana County of Vanderburgh in the Vanderburgh Circuit Court, styled *Old National Bank, N.A. v. Wendler*, No. 82C01-2106-PL-003232. Broadly, Plaintiff alleges that Wendler is in breach of a Confidentiality and Non-Solicitation Agreement. In accordance with S.D. Ind. L.R. 81-2, the State Court Record (docket sheet, appearance, complaint, Exhibit A to the complaint, summons, petition for preliminary injunction, and order for hearing) is attached hereto as **Exhibit A**.

2. A true and correct copy of the Verified Complaint and all exhibits are attached hereto as **Exhibit B**.

3. Wendler first received summons and a copy of the Verified Complaint on July 1, 2021, when it was served upon Wendler's counsel.

4. The Complaint purports to assert two causes of action: (a) breach of contract; and (b) preliminary and permanent injunctive relief. Each of Plaintiff's claims is based on the contention that Wendler breached his Confidentiality and Non-Solicitation Agreement.

5. The relief Plaintiff seeks includes; (a) a temporary restraining order; (b) a preliminary and permanent injunction; (c) damages and attorney fees; (d) an award of attorneys' fees; (e) an award of pre-judgment interest; (f) an award for post-judgment interest; (g) an award of exemplary and punitive damages; and (h) such other and further relief as is just in the premises.

## II.
## THIS NOTICE IS TIMELY FILED

6. Wendler has filed timely for removal within thirty (30) days of service of the initial pleadings upon Wendler. 28 U.S.C. § 1446(b). Upon filing this Notice of Removal, Wendler will promptly serve this Notice of Removal on Plaintiff's counsel and file it with the Clerk for the Vanderburgh Circuit Court in Vanderburgh County, Indiana.

## III.
## JURISDICTION

7. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant…." Federal law provides that this Court has original jurisdiction over "all civil actions where the amount in controversy exceed the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States." 28 U.S.C. § 1332(a)(1).

8. The Court has original jurisdiction over the case because Plaintiff, a citizen of Indiana, and Wendler, a citizen of Kentucky, are citizens of different states and the amount in controversy

exceeds $75,000, exclusive of interest and costs. Although Plaintiff failed to specifically plead the amount of monetary damages it is seeking, the amount in controversy exceeds $75,000. Plaintiff's central allegations are that "Wendler has violated the terms of the Agreement by soliciting ONB customers, attempting to solicit ONB customers, and by requesting and advising ONB customers to change their business relationship with ONB." While employed by Plaintiff, the annual revenue derived from Wendler's client relationships exceeded $300,000. Thus, if Plaintiff's alleged damages derive from Wendler's "solicitation" of his client relationships, it is reasonable to presume that Plaintiff will seek damages in excess of $75,000.

## IV.
## VENUE

9. Venue is proper pursuant to 28 U.S.C. § 1441(a), because this Court is in the United States District Court for the district and division embracing the place where the state court action is pending. Moreover, the relevant Agreement between the parties provides that any litigation between the parties shall be brought and maintained in a federal court or state court of general jurisdiction in Evansville, Vanderburgh County, Indiana.

WHEREFORE, Defendant Robert Wendler respectfully requests that Cause No. 82C01-2106-PL-003232 be removed to this Court and that the Court accept jurisdiction of this action. Wendler further requests that the Court place this action on its docket for further proceedings as though it originated in this Court and that the Court issue all necessary orders.

Dated: July 6, 2021

Respectfully Submitted,

By:*/s/Shawn M. Sullivan*_____
Shawn M. Sullivan, Esq.
IN Bar No. 18188-53
Terrell, Born, Sullivan & Fiester, LLP
700 S. Green River Road, Suite 2000
Evansville, IN 47715
(812)479-8721
(812)474-6059 (Fax)
ssullivan@tbsf.net

SHUMAKER, LOOP & KENDRICK, LLP
240 South Pineapple Avenue
Post Office Box 49948
Sarasota, Florida  34230-6948
(941)  366-6660
(941)  366-3999 (fax)

Michael S. Taaffe, Esq.
Fla. Bar No. 490318
mtaaffe@shumaker.com
Michael V. Colvin, Esq.
N.J. Bar No. 2523
mcolvin@shumaker.com
Maris K.V. Snell, Esq.
Fla. Bar No. 125585
msnell@shumaker.com
*Pro Hac Vice Admission Pending*

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 6, 2021, a copy of the foregoing was filed electronically. Pursuant to L.R. 5-2(c), I hereby certify that on July 6, 2021, the foregoing was served by regular mail to the attorneys listed below.  Parties may access this filing through the court's system.

    ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP
    Patrick A. Shoulders, Esq., #308-82
    Clay W. Havill, Esq., #27149-49
    L. Katherine Boren, Esq., #29169-49
    20 NW First Street, 9th Fl./P.O. Box 916
    Evansville, Indiana 4 7706-0916
    (812) 424-75751(812) 421-5089 (fax)
    pshoulders@zsws.com
    chavill@zsws.com
    kboren@zsws.com

    Attorneys for Plaintiff

By:_/s/Shawn M. Sullivan_____